IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CV-540-D

| | | |
|---|---|---|
| DIANA E. MERLINO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| ORGANON TEKNIKA CORPORATION, LLC, | ) | |
| and MERCK SHARP & DOHME CORP., | ) | |
| | ) | |
| Defendants. | ) | |

On December 10, 2012, plaintiff filed a motion for voluntary dismissal [D.E. 31]. Defendants do not oppose the motion [D.E. 33].

In light of the record and arguments, the motion for voluntary dismissal [D.E. 31] is GRANTED. The complaint is DISMISSED without prejudice. See Fed. R. Civ. P. 41(a)(2).

SO ORDERED. This 11 day of January 2013.

JAMES C. DEVER III
Chief United States District Judge